**Opinion issued October 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-15-00849-CV**

————————————

## IN RE DERRICK A. POLLY, Relator

———————————————————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————————————————

## MEMORANDUM OPINION

Relator, Derrick A. Polly, proceeding *pro se* and incarcerated, has filed a motion for leave to file an original application for writ of mandamus seeking to compel the respondent trial judge to rule on relator's several pending motions filed in the underlying civil proceeding.[1]

---

[1]     The underlying case is *Derrick Polly v. James Randall Smith*, No. 2014-38524, in the 164th District Court of Harris County, the Honorable Alexandra Smoots–Hogan presiding.

We grant relator's motion for leave to file a petition for writ of mandamus, but **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a), (d).

## PER CURIAM

Panel consists of Justices Keyes, Massengale, and Lloyd.